UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re:                                                )
                                                      )    No. 24-08292
Shirley Marie Mackey,                                 )    Janet S. Baer
                                                      )    Chapter 13
            Debtor(s).                                )    Geneva

### NOTICE OF MOTION

To:  SEE ATTACHED SERVICE LIST

PLEASE TAKE NOTICE that on **September 6, 2024** at **9:30 AM**, I will appear before the Honorable Janet S. Baer, or any judge sitting in that judge's place, either in **Courtroom 615** of the **Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604**, **or** electronically as described below, and present the motion of **Debtor** for **Extension of Time to File Plan**, a copy of which is attached.

**Important: Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government. All others must appear in person.**

**To appear by video**, use this link: https://www.zoomgov.com/join. Then enter the meeting ID and password.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828- 7666. Then enter the meeting ID and password.

**Meeting ID and passcode.** The meeting ID for this hearing is: **160 731 2971, Passcode is 587656**. The meeting ID and passcode can also be found on the judge's page on the court's website.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

/s/ Vaughn White
Vaughn White
VW LAW LLC
Attorney for Debtor(s)
1700 Park St, Suite 203
Naperville, IL  60563
630-429-9010
vaughn@vaughnwhite.com
ARDC # 6198291

1

CERTIFICATE OF SERVICE

      I, Vaughn A. White, an attorney, certify that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method indicated on the list on August 23, 2024.

      /s/ Vaughn White
      Vaughn White

2

United States Bankruptcy Court

Northern District of Illinois

| | |
|---|---|
| In re: | Case No. 24-08292-JSB |
| Shirley Marie Mackey | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0752-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 14, 2024 | Form ID: 309I | Total Noticed: 9 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 16, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db + | Shirley Marie Mackey, 4325 Bayhead Ct, Aurora, IL 60504-5084 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | Email/Text: vaughn@vaughnwhite.com | Aug 14 2024 23:03:00 | Vaughn A White, Vw Law LLC, 1700 Park St, Suite 203, Naperville, IL 60563 |
| tr + | Email/Text: mcguckin_m@lisle13.com | Aug 14 2024 23:04:00 | Glenn B Stearns, 801 Warrenville Road Suite 650, Lisle, IL 60532-4350 |
| ust + | Email/Text: USTPREGION11.ES.ECF@USDOJ.GOV | Aug 14 2024 23:05:00 | Patrick S Layng, Office of the U.S. Trustee, Region 11, 219 S Dearborn St, Room 873, Chicago, IL 60604-2027 |
| 30876748 | Email/Text: cs@aldouslegal.com | Aug 14 2024 23:04:00 | Aldous and Associates, PLLC, Attn: Bankruptcy, PO Box 171374, Holladay, UT 84117-1374 |
| 30876749 + | EDI: CAPITALONE.COM | Aug 15 2024 02:40:00 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 30876750 + | Email/PDF: creditonebknotifications@resurgent.com | Aug 14 2024 23:07:08 | Credit One Bank, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 30876751 | Email/Text: bankruptcy@nationalcreditsystems.com | Aug 14 2024 23:03:00 | National Credit Systems, Inc., Attn: Bankruptcy, P.O. Box 672288, Atlanta, GA 30006 |
| 30876752 + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Aug 14 2024 23:06:59 | Regional Acceptance Corp, Attn: Bankruptcy 1424 E Firetower Rd, Greenville, SC 27858-4105 |

TOTAL: 8

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| District/off: 0752-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Aug 14, 2024 | Form ID: 309I | Total Noticed: 9 |

Date: Aug 16, 2024  Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 14, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Glenn B Stearns | stearns_g@lisle13.com |
| Patrick S Layng | USTPRegion11.ES.ECF@usdoj.gov |
| Vaughn A White | on behalf of Debtor 1 Shirley Marie Mackey vaughn@vaughnwhite.com vaughn@vaughnwhite.com;paralegal@vaughnwhite.com;VWLAWLLC@jubileebk.net |

TOTAL: 3

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                          )
                                                ) Case No.    23-08292
SHIRLEY MARIE MACKEY,                           )
    Debtor                                      ) Chapter 13
                                                ) Judge Janet S. Baer

**MOTION TO EXTEND TIME TO FILE PLAN**

NOW COMES the Debtor, Shirley Marie Mackey, by attorney Vaughn A. White, and moves this Court to grant an extension until September 6, 2024, to file Debtor's Chapter 13 Plan. In support of this Motion, the Debtor respectfully states and alleges as follows:

1. On June 4, 2024, Debtor filed a Chapter 7 Petition.

2. On July 14, 2024, Debtor filed a Motion to Convert the case to one under Chapter 13.

3. On August 9, 2024, Debtor's motion was granted, and the matter was converted to a Chapter 13 case.

4. Debtor's Chapter 13 Plan is due on August 23, 2024.

5. Debtor and Debtor's Counsel need additional time to gather information and review and/or amend Debtor's Schedules and to file Debtor's Plan.

6. Debtor, therefore, respectfully requests additional time be granted to September 6, 2024, to file Debtor's Plan.

WHEREFORE, Debtor prays for the following relief:

A. That Debtor be granted until September 6, 2024, to file Plan, and other documents; and

B. For such other and further relief as this Court deems equitable and just.

Respectfully Submitted,

*/s/ Vaughn A. White*
Vaughn A. White
Attorney for Debtor

Vaughn A. White
Illinois ARDC # 6198291
VW LAW LLC
Attorney for Debtor(s)
1700 Park St, Suite 203
Naperville, IL  60563
630-429-9010
vaughn@vaughnwhite.com